# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 10-00035-CR-W-DW |
| ) | |
| RODERICK MOORE and AMBER MOORE, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Before the Court is Magistrate Judge John T. Maughmer's Report and Recommendation (Doc. 93) recommending that the Court enter an Order denying Defendants' Motion to Dismiss Case for Lack of Subject-Matter Jurisdiction. Defendants filed the motion to dismiss (Doc. 84) on November 3, 2010 and the United States filed its response on December 6, 2010. On December 14, 2010, Judge Maughmer entered his Report and Recommendation on the motion to dismiss. Defendants did not file objections to Judge Maughmer's Report and Recommendation, however did file reply suggestions to the motion to dismiss (Doc. 103) on December 27, 2010.

After an independent review of the record, the applicable law and all motions filed regarding the jurisdiction of the Court to hear this case, the Court adopts the Magistrate's findings of fact and conclusions of law. Accordingly, the Court ORDERS that the Magistrate's Report and Recommendation be attached to and made a part of this Order, and DENIES Defendants' Motion to Dismiss Case for Lack of Subject-Matter Jurisdiction (Doc. 84). The

Clerk of the Court is directed to mail a copy of this Order to Defendants via certified mail, return receipt requested.

SO ORDERED.

Date:   January 6, 2011                                         /s/ Dean Whipple
                                                                Dean Whipple
                                                                United States District Judge